

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00663-CV

**IN RE** Brandy Kara **KRATZER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

On October 11, 2017, Relator filed a petition for writ of mandamus. The court has considered the petition and the response and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). In addition, Relator's motion for temporary relief filed on November 13, 2017 is denied.

It is so **ORDERED** on December 6, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12-2153-CV, styled *In the Interest of C.A.S and T.A.S.*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Robin V. Dwyer presiding.